In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00444-CV
_____

IN RE ANISSA M. BROOKS

_____

Original Proceeding
172nd District Court of Jefferson County, Texas
Trial Cause No. E-201,261

_____

MEMORANDUM OPINION

Anissa M. Brooks petitioned for mandamus relief from an order denying a motion to transfer venue. The trial court signed an order denying Brooks's motion to transfer to the county of her residence on May 4, 2018. On June 5, 2018, the trial court severed into a separate action the claim of the plaintiff, Kevin Hudspeth, against Allstate Fire and Casualty Company. In a motion filed on July 5, 2018, Brooks asked the trial court to reconsider its venue ruling in light of the severance of Hudspeth's cause of action against his insurer. The trial court denied her motion

1

on August 27, 2018. On September 28, 2018, the trial court denied Brooks's motion requesting findings of fact and conclusions of law. Brooks filed her mandamus petition on December 3, 2018.

Brooks argues that Hudspeth chose an improper venue to bring claims against her because she is not a resident of Jefferson County, the accident giving rise to the litigation did not occur in Jefferson County, the severed defendant does not have a principal office in Jefferson County, and the improperly joined breach-of-contract claim against Hudspeth's insurer has been severed from this suit.

A party may appeal a venue ruling following a trial on the merits. *See* Tex. Civ. Prac. & Rem. Code Ann. § 15.064(b) (West 2017). After examining and considering the petition and appendix, the mandamus response, and the applicable law, we conclude that the relator has not shown that she lacks an adequate remedy by appeal. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004). Accordingly, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on December 14, 2018
Opinion Delivered December 20, 2018

Before McKeithen, C.J., Kreger, and Horton, JJ.

2